UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY VALELA,<br><br>　　　　　　Defendant | NO. CR23-106-RSL<br><br>**PROTECTIVE ORDER RESTRAINING CERTAIN FORFEITABLE PROPERTY** |

THIS MATTER comes before the Court on the United States' Motion for a Protective Order to Restrain Certain Forfeitable Property (the "Motion"), as follows:

a. One 2022 Mercedes GLE Coupe Sport utility vehicle, VIN 4JGFD8KB4NA779976, bearing Washington license plate CEP2184, registered to Anthony J. Valela.

The Court, having reviewed the papers and pleadings filed in this matter, including the United States' Motion and the supporting Declaration of Federal Bureau of Investigation Task Force Officer Stephen Knapp, hereby FINDS entry of a protective order restraining the above-identified property (the "Subject Vehicle") is appropriate because:

Protective Order - 1
*United States v. Valela,* CR23-106-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- The United States gave notice of its intent to pursue forfeiture in the Indictment returned on June 28, 2023 (Dkt. No. 12) and in the Forfeiture Bill of Particulars (Dkt. No. 21);
- Based on the facts set forth in the Declaration of Task Force Officer Stephen Knapp, there is probable cause to believe the Subject Vehicle may, upon the Defendant's conviction, be forfeited in this case; and,
- To ensure the Subject Vehicle remains available for forfeiture, its continued restraint pursuant to 21 U.S.C. § 853(e)(1) is appropriate.

NOW, THEREFORE, THE COURT ORDERS:

1. The United States' request for a protective order restraining the Subject Vehicle pending the conclusion of this case is GRANTED; and,

2. The Subject Vehicle shall remain in the custody of the United States, and/or its authorized agents or representatives, pending the conclusion of this criminal case, to include any ancillary forfeiture proceedings, and/or further order of the Court.

IT IS SO ORDERED.

DATED this 7th day of August, 2023.

_____
THE HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

s/Karyn S. Johnson
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101
Phone: 206-553-2462
Fax: 206-553-6934
Karyn.S.Johnson@usdoj.gov

Protective Order - 2
United States v. Valela, CR23-106-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970