The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: CR 23-106 RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING LEAVE FOR |
| vs. | ) | WITHDRAWAL AND SUBSTITUTION |
| | ) | OF COUNSEL PURSUANT TO LCR |
| ANTHONY VALELA, | ) | 83.2(b) |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

THIS COURT, having reviewed a Stipulation for Withdrawal and Substitution of

Counsel pursuant to LCR 83.2(b), HEREBY GRANTS counsel Jennifer Horwitz leave to

withdraw from this case and permits new counsel, Mr. Suffian to enter his notice of

appearance as new counsel in this case.

Dated this 5th of September, 2023.

ROBERT S. LASNIK
UNITED STATES DISTRICT COURT JUDGE

ORDER GRANTING LEAVE FOR WITHDRAWAL          LAW OFFICE OF JENNIFER HORWITZ, PLLC
AND SUBSTITUTION OF COUNSEL PURSUANT                    P.O. BOX 70859
TO LCR 83.2(b)- 1                                                              Seattle, WA  98127
                                                                                           (206) 799-2797

Respectfully submitted this 17th day of August, 2023.

*Jennifer Horwitz*

Jennifer Horwitz, Withdrawing
Attorney for ANTHONY VALELA
Law Office of Jennifer Horwitz, PLLC
P.O. Box 70859
Seattle, WA  98127
Telephone: (206) 799-2797
E-mail: jennifer@jenniferhorwitzlaw.com

ORDER GRANTING LEAVE FOR WITHDRAWAL
AND SUBSTITUTION OF COUNSEL PURSUANT
TO LCR 83.2(b)- 2

LAW OFFICE OF JENNIFER HORWITZ, PLLC
P.O. BOX 70859
Seattle, WA  98127
(206) 799-2797