Judge Robert S. Lasnik

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY VALELA,<br><br>Defendant. | No. CR23-106 RSL<br><br><br><br>ORDER OF DISMISSAL |

This matter comes before the Court upon the notice of the United States for leave to dismiss all pending charges in this matter as to ANTHONY VALELA.

IT IS HEREBY ORDERED:

All pending counts in the above-captioned case against the above-captioned Defendant are dismissed, without prejudice.

Defendant's bond exonerated.

DATED this __16th__ day of __December__, 2024.

_____
ROBERT S. LASNIK
United States District Judge

Order of Dismissal -- 1
*United States v. Valela*, CR23-106 RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970